**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Wendy Ebeling,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

No. CV-25-00406-TUC-JGZ (EJM)

**ORDER**

On August 14, 2026, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court reverse the Administrative Law Judge's decision and remand the matter to the Commissioner for further administrative proceedings. (Doc. 21.) The R&R notified the parties they had until August 21, 2026 to file any objections. No objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if *objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

There being no objection to Magistrate Judge Markovich's R&R, the Court will adopt the R&R, reverse the Administrative Law Judge's decision, and remand to the

Commissioner for further proceedings.[1]

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 21) is **accepted and adopted in full.**

**IT IS FURTHER ORDERED** the Administrative Law Judge's decision is **reversed** and **remanded** to the Commissioner for further administrative proceedings consistent with this Order and Judge Markovich's Report & Recommendation. (*See* Doc. 21 at 12–19.)

**IT IS FURTHER ORDERED** the Clerk of Court shall docket this Order and close this action.

Dated this 27th day of August, 2026.

Jennifer G. Zipps
Chief United States District Judge

[1] In Section V, the R&R states that it recommends remand for an award of benefits. (*See* Doc. 21 at 19.) However, it is clear from the preceding discussion that Judge Markovich recommends remand for "reanalysis, including rehearing," upon which, "the ALJ shall reanalyze **all** of the Paragraph B criteria and make findings consistent with this opinion." (*Id.*)